UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR.

v.   CA 09-427 ML

ASHBEL T. WALL, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Objection to a Report and Recommendation issued by Magistrate Judge Hagopian on November 24, 2009. The Magistrate Judge recommends dismissal of this action for several reasons, all of which this Court finds are fully supported by a liberal reading of the Complaint itself, and application of relevant law. This Court has also reviewed Plaintiff's Objection where Plaintiff simply reiterates the "claims" made in his Complaint. He does not address the myriad of deficiencies identified by the Magistrate Judge in his Report and Recommendation.

This Court, therefore, adopts the Report and Recommendation in its entirety. The Complaint is DISMISSED for the reasons set forth therein.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
December, /0  2009